# UNITED STATES DISTRICT COURT
for the

District of Montana



**FILED**
NOV 28 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: CR 10-135-BLG-DWM-01 |
| JOSEPH DEAN LIRA | ) | USM No: 07563-046 |
| Date of Original Judgment: 11/10/2011 | ) | |
| Date of Previous Amended Judgment: 11/19/2013 | ) | Lisa Bazant |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  322 months  months **is reduced to**  270 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/19/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 28, 2017

Effective Date: November 28, 2017
*(if different from order date)*

*Judge's signature*

Donald W. Molloy, United States District Judge
*Printed name and title*