FILED
11/22/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 10-135-BLG-DWM |
|---|---|
| Plaintiff/Respondent, | |
| vs. | ORDER |
| JOSEPH DEAN LIRA, | |
| Defendant/Movant. | |

Defendant/Movant Lira seeks leave to conduct discovery and requests a scheduling conference. The United States does not oppose discovery, a schedule, or a conference.

It is not clear why a conference is necessary. The parties have contemplated deposing AUSA Seykora, defense counsel who represented cooperating witnesses, and the witnesses themselves. They may arrange things as they wish, provided they accomplish everything within the prescribed time.

Accordingly, IT IS ORDERED:

1. Lira's unopposed motion for leave to conduct discovery (Doc. 182) is GRANTED as to leave and DENIED as to a scheduling conference.

2. Leave to depose AUSA Seykora, defense counsel who represented cooperating witnesses, and the cooperating witnesses, see Fed. R. Civ. P.

1

30(a)(2)(B), is GRANTED.

3. All depositions must be completed on or before **February 28, 2020.**

4. Each party may file a brief in support of its position on or before **March 20, 2010,** and may respond to the opposing party's brief on or before **April 10, 2020.**

DATED this 22nd day of November, 2019.

Donald W. Molloy
United States District Court